UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK ROBERT BALDWIN,

          Plaintiff,

   v.

DAYANN LIEBMAN, et al.,

          Defendants.

CASE NO. 3:20-CV-05686-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's request to proceed *in forma pauperis* is **DENIED**, and this case is **DISMISSED** without prejudice; and

(3)     The Clerk shall enter **JUDGMENT** and close this case.

\

\

ORDER - 1

Dated this 27th day of October, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge